# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| NICHOLS FAMILY INVESTMENTS, LLC, | ) |
| **Plaintiff** | ) |
| | ) CIVIL NO. 5:05cv 249 |
| v | ) |
| | ) |
| KEVIN HACKENBERG, CALVIN BIRD, DALE HILL d/b/a SIGNATURE FINANCIAL GROUP, HAROLD CRUMB, CARLOS GONZALES, STUART NAZZARO, HACKENBERG ENTERPRISES, INC., HACKENBERT ENTERPRISES, LLC, and ALDEBARAN PARTNERS, | ) |
| **Defendants** | ) |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Nader Baydoun and Stephen Knight of the law firm of Baydoun & Knight, PLLC, to appear as counsel for the plaintiff in this matter. Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Nader Baydoun and Stephen Knight are hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

**Signed: November 2, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge