IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:05CV249-V

| | |
|---|---|
| **NICHOLS FAMILY INVESTMENTS, LLC,** Plaintiff, | ) ) ) |
| v. | ) **O R D E R** ) |
| **KEVIN HACKENBERG, CALVIN BIRD, DALE HILL, d/b/a SIGNATURE FINANCIAL GROUP, HAROLD CRUMB, CARLOS GONZALES, STUART NAZARRO, HACKENBERG ENTERPRISES, INC., HACKENBERG ENTERPRISES, LLC, ALDEBARAN PARTNERS,** Defendants. | ) ) ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court on Plaintiff's Motion For Voluntary Dismissal *Without Prejudice* of Defendants Stuart Nazarro and Aldebaran Partners, filed April 4, 2006. (Document #45)

**IT IS, THEREFORE, ORDERED** that the Motions To Dismiss filed on behalf of Defendants Stuart Nazarro and Aldebaran Partners (Documents #31, #32) are rendered moot as a result of the voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. For this reason, the motions to dismiss are **DENIED as moot**.

Signed: April 5, 2006

Richard L. Voorhees
Chief United States District Judge