IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:05CV249-V

| | |
|---|---|
| NICHOLS FAMILY INVESTMENTS, LLC, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>KEVIN HACKENBERG, CALVIN )<br>BIRD, DALE HILL d/b/a SIGNATURE )<br>FINANCIAL GROUP, HAROLD )<br>CRUMB, CARLOS GONZALES, )<br>HACKENBERG ENTERPRISES, INC., )<br>HACKENBERG ENTERPRISES, LLC, )<br>      Defendants. )<br>_____ ) | **SCHEDULING ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motions for Default Judgment against Defendants Kevin Hackenberg, Calvin Bird, Harold Crumb, Carlos Gonzales, Hackenberg Enterprises, Inc., and Hackenberg Enterprises, LLC, filed April 4, 2006. (Documents ##42-44)

      **IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby set for hearing for purposes of damages inquiry on **Wednesday, June 21st at 3:00 PM** in the Statesville Division; and

2) The Deputy Clerk is directed to mail a copy of this Order to the Defendants (or designated agent) by certified mail, return receipt requested, as well as forward a copy to the Courtroom Deputy.

                              Signed: June 12, 2006

                              Richard L. Voorhees
                              United States District Judge