# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| NICHOLS FAMILY INVESTMENTS, LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>KEVIN HACKENBERG, CALVIN BIRD, )<br>DALE HILL d/b/a SIGNATURE )<br>FINANCIAL GROUP, HAROLD CRUM, )<br>CARLOS GONZALES, STUART )<br>NAZZARO, HACKENBERG )<br>ENTERPRISES, INC., HACKENBERG )<br>ENTERPRISES, LLC, and ALDEBARAN )<br>PARTNERS, )<br>)<br>Defendants ) | 5:05-CV-249 |

## **ORDER**

**THIS MATTER** is before the court upon the defendant, Harold Crum's motion for admission *pro hac vice* of H. Miles Cohn of the law firm of Sheiness, Scott, Grossman & Cohn, L.L.P., 1001 McKinney St., Suite 1400, Houston, TX 77002, 713-374-7020, to appear as additional counsel for the defendant, Harold Crum, in this matter filed on March 15, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that H. Miles Cohn is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: March 20, 2007

_____
Dennis L. Howell
United States Magistrate Judge